**United States District Court**
For the Northern District of California

1

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   LG ELECTRONICS, INC.,                        No. C 01-01375 CW
                                                     C 01-01594 CW
9            Plaintiff and                           C 01-02187 CW
             Counterclaim Defendant,                 C 01-01552 CW

10

11        v.                                     **THIS DOCUMENT
                                                 RELATES TO ALL
12  BIZCOM ELECTRONICS, INC., COMPAL             CASES**
    ELECTRONICS, INC., and SCEPTRE
13  TECHNOLOGIES, INC.,
    _____/    ORDER SETTING
14                                               CASE MANAGEMENT
    EVEREX SYSTEMS, INC.,                        CONFERENCE AND
15  _____/    DENYING SUMMARY
                                                 ADJUDICATION OF
16  FIRST INTERNATIONAL COMPUTER, INC.           NON-INFRINGEMENT
    and FIRST INTERNATIONAL COMPUTER OF          OF THE '645
17  AMERICA, INC.,                               PATENT AND
    _____/    DESIGNATING CASES
18                                               FOR ELECTRONIC
    Q-LITY COMPUTER, INC., QUANTA                COURT FILING
19  COMPUTER, INC., and QUANTA COMPUTER
    USA, INC.,
20  _____/

21

22           Defendants and
             Counterclaimants.

23

24       On July 7, 2006, the Federal Circuit entered its judgment

25  affirming in part, reversing in part and vacating in part this

26  Court's claim construction and summary judgment orders.  The

27  mandate was issued on September 8, 2006.

28       As the appellate court noted, because the Court granted

Defendants' motion for summary adjudication of non-infringement of the '645 patent on the basis of the accused devices' failure to use the claimed strobe signals, it did not reach Defendants' alternative argument that they did not infringe as a matter of law because the chipsets in the accused products did not include an "end of access" signal as required by the asserted claims.  Having considered the papers filed by the parties on this issue, the Court denies Defendants' motion for summary adjudication of non-infringement of the '645 patent on this ground.  LGE expert William K. Hoffman opines that the accused products' PCI bus with a FRAME# signal satisfies the "end of access control signal" limitation in claim 1 and the "end of access system bus control signal" limitation in claim 12.  Hoffman Decl. ¶ 48.  Whether Mr. Hoffman's opinion is persuasive despite his failure personally to analyze the internal operations of the accused chipsets is a disputed question of material fact that the Court cannot resolve as a matter of law.

The Court hereby sets a case management conference for November 3, 2006 at 1:30 p.m.  The parties shall submit a revised joint case management statement within thirty days of the date of this order.  The case management statement should address the issues remaining for trial as well as the expected length of the trial.  The parties should also prepare a claim construction chart setting forth the relevant terms at issue, including the Court's constructions that are still operative and the Federal Circuit's revised constructions.  The Court further orders the parties to arrange for a private mediation session with the Honorable Edward A. Infante of JAMS, or another mutually agreed-upon mediator,

1  before the case management conference.

2      These cases are hereby designated for the Court's Electronic

3  Case Filing (ECF) Program.  Pursuant to General Order 45, each

4  attorney of record is obligated to become an ECF user and be

5  assigned a user ID and password for access to the system.  All

6  documents required to be filed with the Clerk shall be filed

7  electronically on the ECF website, except as provided otherwise in

8  section VII of General Order 45 or authorized otherwise by the

9  court.

10

11      IT IS SO ORDERED.

12  Dated: 9/28/06

_____
CLAUDIA WILKEN
13                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  3

**United States District Court**

For the Northern District of California