IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
LG ELECTRONICS, INC.,                    No. C 01-01552 CW

          Plaintiff,                     ORDER
                                         ADMINISTRATIVELY
     v.                                  CLOSING CASE

EVEREX SYSTEMS, INC.,

          Defendant.
_____/
```

    Defendant Everex Systems, Inc., having filed a Notice of Bankruptcy with the Court on January 2, 2007, stating that it had filed a petition pursuant to Chapter 11 of the Bankruptcy Code on December 29, 2006, and an automatic stay being in effect,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.  All pending dates in this case are vacated.

3.  On December 15, 2000, in Civil Action No. 00-984-A, United States District Judge Bruce Lee severed and stayed LG Electronic's ("LGE") claims against Defendants Microbase Corporation and Government Technology Services, Inc., pending the outcome of LGE's adjudication of this case in the Northern District of California.  The Clerk shall forward a copy of this Order to the Eastern District of Virginia.

Dated: 1/5/07

CLAUDIA WILKEN
United States District Judge